# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-10755
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 14, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WILLIAM CLARK PERSCHMANN,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:06-CR-263-1

Before DAVIS, JONES and GRAVES, Circuit Judges.

PER CURIAM:[*]

Appealing the 18-month sentence imposed following the revocation of his supervised release, William Clark Perschmann argues that the district court used the wrong advisory guidelines range. We review this argument for plain error due to his failure to present it to the district court. *See United States v. Whitelaw*, 580 F.3d 256, 259 (5th Cir. 2009). To meet this standard, Perschmann must show a clear or obvious error that affected his substantial

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-10755

rights. *Puckett v. United States*, 556 U.S. 129, 135 (2009). We have discretion to correct such an error but will do so only if it seriously affects the fairness, integrity, or public reputation of the proceedings. *Puckett*, 556 U.S. at 135. Perschmann has not shown that the district court plainly erred by concluding that the bank robberies that led to the revocation were Grade A violations of his release and by using the corresponding guidelines range to sentence him. Accordingly, the judgment of the district court is AFFIRMED.